**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Diamond Clark,**

**Plaintiff,**

**v.**

**Era Real Solutions/Era Solutions Property Management, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-615**

**Judge Michael H. Watson**

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. R&R, ECF No. 10. The R&R specifically advised Plaintiff of her right to object to that recommendation and of the consequences of failing to do so. *Id.* at 4. Plaintiff failed to object.

Accordingly, the Court **ADOPTS** the R&R without performing a *de novo* review and **DISMISSES** this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**